# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:  Case No. 2:24-bk-01152-FMR
Chapter 13

Yadira Rodriguez

    Debtor(s)

_____/

## TRUSTEE'S MOTION TO DISMISS FOR
## FAILURE TO COMPLY WITH ORDER CONFIRMING PLAN

> **A preliminary hearing in this case will be held on March 24, 2026 at 2:15** *pm* **before the Honorable Luis E. Rivera II, United States Bankruptcy Judge, in Courtroom 4-102, United States Courthouse, 2110 First Street, Fort Myers, Florida.**
>
> **The Court will conduct the hearing in person. Parties are directed to consult Judge Rivera's Procedures Governing Court Appearances, available at https://www.flmb.uscourts.gov/judges/rivera/, regarding policies and procedures for attendance at hearings by video or telephone via Zoom. If you are unable to access the Court's website, please contact the Courtroom Deputy at 813-301-5195 no later than 3:00 p.m. one business day before the date of the hearing.**

COMES NOW, DARYL J. SMITH, the Chapter 13 Standing Trustee, by and through the undersigned attorney, hereby moves for the entry of an Order of Dismissal, without prejudice, and in support thereof would state as follows:

1. The Debtor's current Petition for Relief under Chapter 13 of the Bankruptcy Code was filed on August 3, 2024.

2. On December 19, 2024 the Court entered an Order Confirming Debtor's Plan. The Order Confirming Plan provided in part that the Debtor(s) must commit all tax returns and refunds to the Plan each year during the applicable plan period beginning with tax year 2024.

3. It appears as though the Debtor(s) failed to comply with the Order Confirming Plan to provide their 2024 federal income tax return and any refund they might have received. **Failure to turn over**

**the return and any refund may result in a dismissal of your case for failure to comply with the Court Order.**

WHEREFORE, the Trustee respectfully requests that the Court enter an Order of Dismissal, without prejudice, together with such other and further relief as the Court deems just and proper.

/s/ Michael E. Cecil
Michael E. Cecil, Esquire
Staff Attorney for Chapter 13 Trustee
Florida Bar No. 722855
P.O. Box 25001
Bradenton, Florida 34206-5001
Phone:  (941) 747-4644
Fax:     (941) 750-9266

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Motion to Dismiss was furnished electronically by CM/ECF services and/or by U.S. Mail to Yadira Rodriguez, 807 Donald Ave. N. , Lehigh Acres, FL 33971- and Jose A. Blanco, Esq., Jose A. Blanco, PA, 102 E 49th Street, Hialeah, FL 33013-, on February 19, 2026.

/s/ Michael E. Cecil
Michael E. Cecil, Esquire

DJS/MEC/ss